D. JAMES TREE  U.S. Magistrate Judge Brian A. Tsuchida
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE BOGART, | CIVIL NO: C17-854 BAT |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER FOR ATTORNEY FEES |
| ~~CAROLYN W. COLVIN~~ <u>NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security</u>, ~~Commissioner of Social Security Administration~~ | |
| Defendant | |

It is hereby ORDERED that Plaintiff is awarded attorney fees in the amount $4,860.71 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 . Plaintiff's EAJA fees which are not subject to any offset allowed under the Department of the Treasury's Offset Program, shall be made payable to D. James

PROPOSED ORDER FOR ATTORNEY FEES [C17-854 BAT] - 1    Tree Law Office
3711 Englewood Ave.
Yakima, WA 98902
Phone: 509-452-1700

Tree, based upon Plaintiff's assignment of these amounts to Mr. Tree, and that any check for EAJA fees shall be mailed to Mr. Tree at 3711 Englewood Avenue, Yakima, WA 98902, or direct deposited into the Tree Law Office account.

Dated this 27th day of March, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

S/ D. JAMES TREE, WSBA#1697

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proposed Order for Attorney Fees was filed with the Clerk of the Court on March 8, 2018, using the CM/ECF system which will send notification of such filing to the following: Kerry Jane Keefe, Assistant U.S. Attorney and David Burdett, Office of the General Counsel.

s/ D. JAMES TREE

Attorney for Plaintiff
Yakima, Washington 98902
3711 Englewood Ave.
Telephone: (509) 452-1700
Fax: (509) 577-9109

PROPOSED ORDER FOR ATTORNEY FEES [C17-854 BAT] - 2

Tree Law Office
3711 Englewood Ave.
Yakima, WA 98902
Phone: 509-452-1700